# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS OMAR CONCEPCION-RIVERA,<br><br>Defendant. | Case No. 20-CR-30-4-JPS<br><br>**ORDER** |

On February 11, 2020, the grand jury returned an indictment, charging Defendant with violating 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), and (b)(1)(C), and 18 U.S.C. § 2, 1956(h). (Docket #151). On November 9, 2021, the parties filed a plea agreement, indicating that Defendant has agreed to plead guilty to Count One in the Indictment. (Docket #680).

The parties appeared before Magistrate Judge William E. Duffin on December 23, 2021 to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #706). Defendant entered a plea of guilty as to Count One of the Indictment. (*Id.*) After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Duffin determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. (*Id.*)

On November 12, 2021, Magistrate Judge Duffin filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea

of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. (*Id.*). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. (*Id.*) To date, no party has filed such an objection. The Court has considered Magistrate Judge Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's Report and Recommendation (Docket #706) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 10th day of January, 2022.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2
Case 2:20-cr-00030-JPS   Filed 01/10/22   Page 2 of 2   Document 721